AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

JESSICA HERZFELD, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

*Plaintiff*

v.

1416 CHANCELLOR, INC. doing business as THE GOLD CLUB

*Defendant*

Civil Action No. 14-4966

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1416 Chancellor Inc. d/b/a The Gold Club
1416 Chancellor Street
Philadelphia, PA 19102-3811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**GARY F. LYNCH, ESQ.**
115 FEDERAL ST SUITE 210
PITTSBURGH, PA 15212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/26/14

*Joseph B. Walton*, Deputy Clerk

Civil Action No. 14-4966

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 1416 Chancellor Inc., d/b/a The Gold Club was received by me on *(date)* 09/02/2014 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Zach Weithoner - Manager , who is designated by law to accept service of process on behalf of *(name of organization)* 1416 Chancellor Inc., at 1416 Chancellor Street at 1:15 P.M. on *(date)* 09/02/2014 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: ______ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 09/03/2014

______
*Server's signature*

Ron Benzenhafer - Process Server
*Printed name and title*

6137 Mulberry St., #1 Philadelphia, PA 19135
*Server's address*

Additional information regarding attempted service, etc: