LAW OFFICES
# PASQUALE J. COLAVITA, P.C.

NEW JERSEY OFFICE
900 NORTH KINGS HIGHWAY
SUITE 302
CHERRY HILL, NJ 08034
(856) 939-4464

1026 WINTER STREET
SUITE 300B
PHILADELPHIA, PA 19107
(215) 351-5300
FAX (215) 440-7882

E-mail: PJColavita@verizon.net
Member of PA & NJ Bars

VIA EMAIL (glynch@carlsonlynch.com)

October 14, 2014

Carlson Lynch
Attn: Gary F. Lynch, Esquire
PNC Park
115 Federal Street, Suite 210
Pittsburg, PA 15212

   RE: **Herzfeld v. 1416 Chancellor, Inc.**

Dear Mr. Lynch:

After speaking to you, I obtained from my client the file material on Ms. Herzfeld. As it turns out, she executed a Stage Rental/License Agreement that contains a mandatory arbitration clause for the resolution of all disputes, with the arbitration to be administered by the American Arbitration Association. I assume by now that Ms. Herzfeld has provided you with a copy of that document.

In light of the above, I believe that the appropriate procedure would be for you dismiss the Federal action and to commence an arbitration proceeding with the AAA.

Please confirm that this is how you are intending to now proceed and that I need not file responsive pleadings in the Federal action by October 23rd as we previously discussed. Thank you for your attention in this matter.

Very truly yours,

PASQUALE J. COLAVITA

PJC/jj

EXHIBIT B
Page 1