# Pasquale J. Colavita

| | |
|---|---|
| **From:** | Jamisen Etzel <jetzel@carlsonlynch.com> |
| **Sent:** | Wednesday, October 15, 2014 3:26 PM |
| **To:** | Pasquale J. Colavita |
| **Cc:** | Gary Lynch; Edwin Kilpela |
| **Subject:** | RE: Herzfeld v. 1416 Chancellor, Inc. d/b/a The Gold Club |

Mr. Colavita,

Thank you for your letter dated yesterday, October 14. Plaintiff will argue that the arbitration clause is invalid and unenforceable. We will not be dismissing.

Best,


Jamisen A. Etzel
Attorney
CARLSON LYNCH SWEET & KILPELA, LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
T: 412-322-9243
F: 412-231-0246
jetzel@carlsonlynch.com

This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. This electronic transmission (and any enclosures or attachments thereto) is for the sole use of those identified by the author and is the property of the author. It is confidential and may be protected by the attorney/client privilege. Any further distribution or copying of this message is strictly prohibited by law. If you received this transmission in error, please notify the author and destroy the message (and all attachments and enclosures thereto) immediately.

---

**From:** Pasquale J. Colavita [mailto:PJColavita@verizon.net]
**Sent:** Tuesday, October 14, 2014 9:19 AM
**To:** Jamisen Etzel
**Subject:** Herzfeld v. 1416 Chancellor, Inc. d/b/a The Gold Club

Please see attached letter regarding the above claim.

Pasquale J. Colavita, Esquire
PASQUALE J. COLAVITA, P.C.
1026 Winter Street, Suite 300B
Philadelphia, PA 19107
(215) 351-5300
(215) 440-7882 FAX

EXHIBIT C
Page 1

900 North Kings Highway, Suite 302
Cherry Hill, NJ 08034
(856) 939-4464
(856) 414-0014 FAX

This transmission is intended only for the addressee, and may contain privileged and/or confidential information from the law firm of PASQUALE J. COLAVITA, P.C.. If you are not the intended recipient, please do not use, disseminate, or copy this material. If you have received this transmission in error, please notify us immediately by telephone, return this transmission, and delete or destroy any copies.