**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JESSICA HERZFELD, on behalf of herself and All others similarly situated, | ) ) ) ) | Case No.: 2:14-CV-04966-PD |
| Plaintiffs, | ) ) | Hon. Paul S. Diamond |
| v. | ) ) | |
| 1416 CHANCELLOR, INC., d/b/a THE GOLD CLUB, and DOES 1 through 10, inclusive, | ) ) ) | |
| Defendants. | ) ) ) ) | |

[PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion to Compel Arbitration and to Dismiss

or to Stay Proceedings, the briefs and materials submitted by the parties, and the Court otherwise

being duly advised in the premises therefore, it is this _____ day of _____

_____, 2014, hereby:

ORDERED that Plaintiff's complaint is hereby dismissed without prejudice; AND

Plaintiff is hereby DIRECTED to pursue her claims in arbitration.

_____
DISTRICT COURT JUDGE