# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA HERZFELD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1416 CHANCELLOR, INC. d/b/a THE GOLD CLUB, and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No.: 2:14-cv-04966-PD |

## NOTICE OF CONSENT TO JOIN A COLLECTIVE ACTION UNDER THE FLSA

PLEASE TAKE NOTICE that pursuant to 29 U.S.C. § 216, Plaintiff Jessica Herzfeld hereby files the attached Consent to Become a Party Plaintiff form.

Dated: October 24, 2014

Respectfully submitted,

/s/ Gary F. Lynch
Gary F. Lynch
CARLSON LYNCH
   SWEET & KILPELA, LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Telephone: 412.322.9243
Fax: 412.231.0246
Email: glynch@carlsonlynch.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2014, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court. The document is available for viewing and downloading and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ Gary F. Lynch
Gary F. Lynch

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA HERZFELD, on behalf of herself and all others similarly situated, | )<br>)<br>)  Civil Action No.: |
| Plaintiff, | ) |
| v. | ) |
| 1416 CHANCELLOR, INC. d/b/a THE GOLD CLUB, and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Jessica Herzfeld, consent to sue as a Plaintiff in this action, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*

By my signature below, I hereby authorize counsel to prosecute the claims in my name and on my behalf, in this action, for Defendants' failure to pay minimum and overtime wages as required under federal law.

I authorize a representative or Plaintiff's counsel to file this Consent with the Clerk of the Court, and to make other decisions, including decisions regarding settlement, on my behalf pertaining to this lawsuit.

DATE: 8/11/2014

By: Jessica Herzfeld
Print Name

By: _____
Signature