IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA HERZFELD, individually and on behalf of all others similarly situated, Plaintiffs, v. 1416 CHANCELLOR, INC., et al. Defendants. | : : : : : : : : | Civ. No. 14-4966 |

FILED
OCT 3 1 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 31st day of October, 2014, upon consideration of Plaintiff's unopposed Motion for Extension of Time (Doc. No. 5), it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Plaintiff shall respond to Defendant's Motion to Dismiss (Doc. No. 3) by **November 20, 2014**.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*

Paul S. Diamond, J.