UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JESSICA HERZFELD  :
:
V.  :  Civil Action
1416 CHANCELLOR, INC. d/b/a  :  No: 14-4966
The Gold Club  :

DISCLOSURE STATEMENT FORM

Please check one box:

[X]   The nongovernmental corporate party, 1416 Chancellor, Inc. , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

January 15, 2015                               /s/ Pasquale J. Colavita
         Date                                          Signature

                        Counsel for:  Defendant, 1416 Chancellor, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.