IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cv-049 66-PD

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Bradley J. Shafer__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __8692__, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Michigan | 11/06/1984 | P36604 |
| Arizona | 01/13/1986 | 010452 |
| | | |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| SEE ATTACHMENT | | |
| | | |
| | | |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   1416 Chancellor, Inc.

(Applicant's Signature)

12/12/2014
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

3800 Capital City Blvd, Suite 2
Lansing, Michigan 48906
517-886-6560

Sworn and subscribed before me this

12 Day of December 2014

Barbara J Arthur
Notary Public, State of Michigan
County of Shiawassee,
Acting in Clinton County
My Commission Expires 1-31-19

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ATTACHMENT TO APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO
PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT: | DATE OF ADMISSION: |
|---|---|
| United States District Court for the Eastern District of Michigan | November 16, 1984 |
| United States Court of Appeals for the Sixth Circuit | January 7, 1988 |
| United States Court of Appeal for the Seventh Circuit | February 10, 1989 |
| Supreme Court of the United States | November 6, 1989 |
| United States Court of Appeals for the Fourth Circuit | May 20, 1991 |
| United States District Court for the Western District of Michigan | February 5, 1996 |
| United States Court of Appeals for the Ninth Circuit | August 7, 1998 |
| United States Court of Appeal for the Eighth Circuit | June 16, 2005 |
| United States District Court for the Southern District of Illinois | October 23, 2007 |
| United States District Court for the Western District of Texas | April 1, 2011 |
| United States District Court Northern District of Indiana | April 17, 2013 |

These federal courts do not issue attorney an attorney identification number

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Bradley J. Shafer___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Pasquale J. Colavita | *[signature]* | 10/17/1997 | 76369 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1026 Winter Street, Suite 300B

Philadelphia, PA 19107

(215) 351-5300

Sworn and subscribed before me this

14th Day of January, 2015

*[signature]*
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JENNIFER P. JONES, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 27, 2016

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jessica Herzfeld : CIVIL ACTION
:
v. :
1416 Chncellor, Inc., :
: NO. 14-4966

ORDER

AND NOW, this           Day of           , 20   , it is hereby

ORDERED that the application of Bradley J. Shafer          , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jessica Herzfeld | : | CIVIL ACTION |
| | : | |
| v. | : | |
| 1416 Chncellor, Inc., | : | |
| | : | NO.   14-4966 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Bradley J. Shafer__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Gary F. Lynch, Esq., Edward J. Kilpela, Esq., Jamisen A. Etzel, Esq.

Carlson Lynch Sweet & Kilpela, LLP; PNC Park

115 Federal Street, Suite 210, Pittsburgh, PA 15212


_/s/ Pasquale Colavita_
Signature of Attorney

Pasquale J. Colavita, Esq
Name of Attorney

1416 Chancellor, Inc.,
Name of Moving Party

01/15/2015
Date