IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA HERZFELD, on behalf of herself and All others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>1416 CHANCELLOR, INC. d/b/a THE GOLD CLUB, and DOES 1 through 10, inclusive<br><br>                    Defendants. | CIVIL ACTION<br><br>Case No.: 2:14-cv-04966 |

## DECLARATION OF CARMINE MILICIA

Plaintiff CARMINE MILICIA, in accordance with 28 U.S.C. §1726, hereby states and declares as follows:

1. I am 62 years old, born on July 21, 1952, and live in Drexel Hill, Delaware County, Pennsylvania.

2. I am the sole shareholder and officer of 1416 Chancellor, Inc. d/b/a The Gold Club.

3. I was diagnosed with Stage 3/4 colon cancer around July 2013.

4. I had surgery to remove a large portion of my colon in September 2013.

5. Following the surgery, I received aggressive chemotherapy beginning in January 2014 through approximately October 2014.

6. As a result of the surgery, I developed two (2) hernias which cause pain and cannot be corrected because of the chemotherapy.

7. I have been informed that I am likely to go back on chemotherapy for another six months, but I will not know definitively about this until I return to the oncologist at the end of this month.

8. I live at home with my wife, Deborah Milicia, who suffers from Multiple Sclerosis. She has had MS for 22 years and has been permanently disabled for approximately the past 15 years. She cannot be left alone for any extended period as I assist her in feeding, bathing and clothing herself.

9. It would be an extreme hardship for me and my wife if the matter was in Allentown instead of Philadelphia.

10. The matters stated in the declaration are true accurate to the best of my information, knowledge, and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed: February 11, 2015

CARMINE MILICIA