APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA HERZFELD        :   CIVIL ACTION
                        :
        v.              :
                        :
1416 Chancellor, Inc.   :
                        :   NO.   2:14-cv-04966

ORDER

AND NOW, this _____ Day of _____, 2015, it is hereby

ORDERED that the application of  Matthew J. Hoffer  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cv-04966

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Matthew J. Hoffer__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Michigan | 04/15/2007 | P70495 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| SEE ATTACHMENT | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    1416 Chancellor, Inc.

(Applicant's Signature)

03/24/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

3800 Capital City Blvd, Suite 2
Lansing, Michigan 48906
517-886-6560

Sworn and subscribed before me this

24 Day of March, 2015

Notary Public
Acting in the County of Clinton
My Commission Expires: 1-31-2019

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Matthew J. Hoffer___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Pasquale J. Colavita | *[signature]* | 10-17-1997 | 76369 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1026 Winter Street, Suite 300 B

Philadelphia, PA 19107

215-351-5300

Sworn and subscribed before me this

26th Day of March, 2015

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JENNIFER P. JONES, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 27, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA HERZFELD | : CIVIL ACTION |
| v. | : |
| 1416 Chancellor, Inc. | : NO.  2:14-cv-04966 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of   Matthew J. Hoffer

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Gary F. Lynch

115 Federal Street, Suite 210

Pittsburgh, PA 15212

_Pasquale Colavita_
Signature of Attorney

Pasquale J. Colavita
Name of Attorney

1416 Chancellor, Inc.
Name of Moving Party

03-26-2015
Date

ATTACHMENT TO MATTHEW J. HOFFER'S
APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS
COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B)

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT: | DATE OF ADMISSION: |
|---|---|
| State of Michigan | May 15, 2007 |
| United States District Court for the Eastern District of Michigan | January 15, 2009 |
| United States District Court for the Western District of Texas | December 7, 2010 |
| Supreme Court of the United States | February 23, 2011 |
| United States Court of Appeals for the Sixth Circuit | May 31, 2011 |
| United States District Court for the Western District of Michigan | January 13, 2012 |
| United States District Court District of Colorado | April 13, 2012 |
| United States District Court Northern District of Indiana | March 22, 2013 |
| United States Court of Appeal for the Seventh Circuit | November 5, 2014 |