IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA HERZFELD, on behalf of herself and all others similarly situated** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | NO. 14-4966 |
| **1416 CHANCELLOR, INC. d/b/a THE GOLD CLUB, and DOES 1 through 10, inclusive** | : | |

## ORDER

AND NOW, this 27th day of March, it is **ORDERED** that the motion of Matthew J. Hoffer, Esquire (ECF Doc. No. 32) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **DENIED WITHOUT PREJUDICE** with allowance to file a new motion in compliance with this Court's Policies and Procedures (January 2015).

_____
KEARNEY, J.