IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA HERZFELD, on behalf of herself and all others similarly situated | : CIVIL ACTION :  |
| v. | : : : NO. 14-4966 |
| 1416 CHANCELLOR, INC. d/b/a THE GOLD CLUB, and DOES 1 through 10, inclusive | : : : |

## ORDER

AND NOW, this 1st day of April 2015, upon consideration of the parties' Joint Motion to Extend Discovery Deadline on Arbitration Issues set by this Court's March 6, 2015 Order (ECF Doc. No. 30), It is hereby **ORDERED** that this Court's March 6, 2015 Order is amended such that discovery on the arbitration issue shall close on or before **April 27, 2015;** the Defendant may renew its Motion to Compel Arbitration on or before **May 4, 2015** with any response to the Motion on or before **May 18, 2015;** and, if the Defendant elects not to renew its Motion to Compel Arbitration, it shall file a response to the Complaint on or before **May 4, 2015.**

_____
KEARNEY, J.