# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA HERZFELD** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-4966 |
| **1416 CHANCELLOR, INC. et al** | : |

## ORDER

**AND NOW**, this 31st day of March 2015, it is **ORDERED** that the motion of Matthew Hoffer, Esquire, (ECF Doc. No. 34) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED.**

_____
**KEARNEY, J.**