IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA HERZFELD, on behalf of herself and all others similarly situated | : CIVIL ACTION : : |
| v. | : : NO. 14-4966 |
| 1416 CHANCELLOR, INC. d/b/a THE GOLD CLUB, and DOES 1 through 10, inclusive | : : : |

## ORDER

**AND NOW**, this 22nd day of July 2015, upon consideration of Defendant's Renewed Motion to Compel Arbitration, Dismiss or Stay Proceedings (ECF Doc. No. 40), Plaintiff's Opposition (ECF Doc. No. 44), oral argument and for the reasons in the accompanying Opinion, it is **ORDERED** Defendant's Motion to Compel Arbitration, Dismiss or Stay Proceedings (ECF Doc. No. 40) is **DENIED**. Defendant shall answer the Complaint on or before **August 5, 2015**.

*/s/ Kearney*
KEARNEY, J.