## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA HERZFELD, on behalf of** | : | **CIVIL ACTION** |
| **herself and all others similarly situated** | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  14-4966** |
| **1416 CHANCELLOR, INC. d/b/a THE** | : | |
| **GOLD CLUB, and DOES 1 through 10,** | : | |
| **inclusive** | : | |

### ORDER

**AND NOW**, this 22nd day of July 2015, it is **ORDERED** an **INITIAL PRETRIAL**

**CONFERENCE** shall be held on **Monday, August 17, 2015 at 3:00 P.M.** in Courtroom 5D,

United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED**:

1.      The parties shall evidence the initial disclosures under Fed. R. Civ. P. 26(a) within

seven (7) days of this Order;

2.      The parties shall commence core party written discovery **immediately**;

3.      After consultation with counsel for all parties, Plaintiff's counsel shall file with the

Clerk the required Report of the Rule 26 (f) Meeting incorporating, at a minimum, all the

information described in form Rule 26(f) Report (found on the Court website) as well as propose a

schedule for a conditional certification, class and summary judgment motions on or before

**Wednesday, August 12, 2015**;

4.      Lead trial counsel is required to appear at the conference. If trial counsel is on trial

in another matter, an attorney in his or her office who is thoroughly familiar with this case is

required to appear at the conference, and will then be designated as lead trial counsel. Lead trial

counsel shall have addressed settlement with all parties and be prepared to discuss settlement,

including authority from the clients to settle; and

    5.     Counsel and all parties must be familiar with this Court's Policies and Procedures and Default Order on Electronic Discovery found at www.paed.uscourts.gov.

KEARNEY, J.