IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA HERZFELD, on behalf of herself and all others similarly situated** : | **CIVIL ACTION** |
| : | |
| v.   : | |
| : | NO. 14-4966 |
| **1416 CHANCELLOR, INC. d/b/a THE GOLD CLUB, and DOES 1 through 10, inclusive** : | |

# ORDER

   **AND NOW**, this 12th day of August 2015, upon consideration of Defendant's Motion to Stay pending appeal (ECF Doc No. 52) and concluding this Court presently lacks jurisdiction, it is **ORDERED** Defendant's Motion (ECF Doc No. 52) is **GRANTED** and

   1.   **The Clerk of Court shall move this matter to the Civil Suspense Docket** until further Order of Court;

   2.   Plaintiff shall **provide** this Court with a status of the appeal upon any disposition and, in any event, no later than **October 15, 2015** and every ninety (90) days thereafter until final Order from the United States Court of Appeals.

                                                                                      _____
                                                                                      **KEARNEY, J.**